1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA D. EMMETT, | ) Case No:  C09-01886 PJH |
|   | ) |
| Plaintiff, | ) |
|   | ) STIPULATION AND ORDER |
| v. | ) |
|   | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
|   | ) |
| Defendant. | ) |
|   | ) |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Monday, November 9, 2009 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases (7) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

1
2      JOSEPH P. RUSSONIELLO
       United States Attorney
3
        Authorized by Leo Montenegro
4       in Ms. Forslund's absence.
5  Dated: September 25, 2009      /s/
       JACQUELINE A. FORSLUND
6      Special Assistant U.S. Attorney
7
8
9
10 Dated: September 25, 2009      /s/
       HARVEY P. SACKETT
11     Attorney for Plaintiff
       CHRISTINA D. EMMETT
12
13
14 IT IS SO ORDERED.
15
16 Dated: 10/14/09
17     HON. PHYLLIS J. HAMILTON
       United States District Judge
18
19
20
21
22
23
24
25
26
27
28

                                    2
STIPULATION AND ORDER