HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA D. EMMETT, | ) Case No:  C09-01886 PJH |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

  Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, December 9, 2009 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Authorized by Daniel Talbert in Ms. Forslund's absence

Dated: November 4, 2009

/s/
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Dated: November 4, 2009

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
CHRISTINA D. EMMETT

IT IS SO ORDERED.

Dated: 11/23/09

HON. _____ HAMILTON
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

FINAL CONTINUANCE.

STIPULATION AND ORDER

2