1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
   Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /lc

8  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA D. EMMETT, | No.: C09-01886 PJH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1
STIPULATION AND ORDER

```
                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney




Dated:  December 9, 2009            /s/_____
                                    LEO R. MONTENEGRO
                                    Special Assistant U.S. Attorney




Dated:  December 9, 2009            /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    CHRISTINA D. EMMETT


IT IS SO ORDERED.


Dated:  _12/9/09_____        _____
                                    HONORABLE PHYLLIS J. HAMILTON
                                    United States District Judge
```

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND ORDER

2